UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN YOON,<br><br>           Plaintiff,<br><br>    v.<br><br>K.S. AVIATION, et al.<br><br>           Defendants. | Case No. 23-cv-02225-EJD<br><br>**ORDER TO SHOW CAUSE REGARDING STATUS OF APPEAL** |

This appeal was first noticed on May 8, 2023, and amended on May 23, 2023. *See* ECF Nos. 1, 3. The Court has not received notice from the Bankruptcy Court that the parties have perfected the record on appeal; in fact, no further documents have been filed on the Court's appeal docket. The Court further notes that a separate appeal, which appears identical to the amended notice of appeal in this action, was filed on June 5, 2023. *See* N.D. Cal. Case No. 23-cv-02762-EJD, ECF No. 1. The Court accordingly ORDERS the parties to file a joint report by March 15, 2024, to inform the Court of the status of this appeal, including whether the appeal has been abandoned such that this action should be dismissed.

**IT IS SO ORDERED.**

Dated: March 12, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 23-cv-02225-EJD
ORDER TO SHOW CAUSE REGARDING STATUS OF APPEAL
1